**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| RODNEY A. CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26-cv-0065-MTS |
| | ) | |
| ST. CLAIR COUNTY JAIL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on *pro se* prisoner Plaintiff Rodney A. Campbell's Application to Proceed in District Court without Prepaying Fees or Costs. Doc. [9]. Upon review of Plaintiff's representations therein and his inmate account statement, the Court will grant the Motion. The Court assesses an initial partial filing fee in this matter of one dollar, *see* 28 U.S.C. § 1915(b)(1), but, given that he has a substantial negative balance in his inmate account, the Court notes that Plaintiff appears to be unable to pay an initial partial filing fee. For that reason, the Court will proceed to its review. *See id.* at §§ 1915(b)(4), 1915A(a).

A review of Plaintiff's pleading shows that this action should be dismissed. Plaintiff brought this action against two Defendants, the St. Clair County Jail and the State of Illinois. Neither is a proper defendant. *See Owens v. Scott Cnty. Jail*, 328 F.3d 1026, 1027 (8th Cir. 2003); *Puerto Rico Aqueduct & Sewer Auth. v. Metcalf & Eddy, Inc.*, 506 U.S. 139, 144 (1993).[*] What is more, were those even proper defendants, this Court is not the correct

---

[*] Though not in his caption, Plaintiff also lists the Fairview Heights Police Department as a defendant elsewhere in his Complaint. Assuming the Fairview Heights Police Department is sufficiently named as Defendant here, *but see* Fed. R. Civ. P. 10(a), it too is not a proper defendant, *see Courtney v. City of Chicago*, 439 F. App'x 557, 558 n.* (7th Cir. 2011).

venue for this action.  *See* 28 U.S.C. § 1391(b).  Improper venue provides an additional ground for the dismissal of this action without prejudice.  *Id.* at § 1406(a); *see also Kelly v. Martin*, 78 F.3d 597 (10th Cir. 1996) (table decision) (noting a "court may raise sua sponte the issue of venue in the setting of a 1915 case").

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs, Doc. [8], is **GRANTED**.  Plaintiff shall pay an initial partial filing fee to the Court of one dollar ($1.00).  Plaintiff shall make his remittance payable to "Clerk, United States District Court," and include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) the statement that the remittance is for an original proceeding.

For the reasons discussed herein, the Court will enter herewith an Order of Dismissal, which will dismiss Plaintiff's action without prejudice.  *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated this 11th day of May 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

- 2 -